**Appeal Dismissed and Memorandum Opinion filed June 2, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00242-CV

---

### R. WAYNE JOHNSON, Appellant

### V.

### TEXAS BOARD OF CRIMINAL JUSTICE, Appellee

---

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 115477-I**

---

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed February 28, 2022 dismissing claims raised by appellant R. Wayne Johnson. Appellant was declared a vexatious litigant by another district court and was therefore subject to the pre-filing order under section 11.101 of the Texas Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 11.101, 11.103.

Under section 11.103(a), the clerk of this court may not file an appeal by a vexatious litigant subject to a pre-filing order under section 11.101 unless the litigant

obtains an order from the local administrative judge permitting the filing, or the appeal is from a pre-filing order entered under section 11.101 designating a person a vexatious litigant. Tex. Civ. Prac. & Rem. Code Ann. § 11.103(a) & (d). This is not an appeal from a pre-filing order entered under section 11.101.

On April 28, 2022, this court issued an order warning appellant this appeal could be dismissed unless he filed a copy of an order from the local administrative judge permitting the filing of this appeal. Although appellant filed a response to the order on May 5, 2022, the response was not accompanied by any order from the local administrative judge, and it did not otherwise demonstrate this lawsuit was properly filed. Accordingly, we dismiss the appeal for want of jurisdiction. *See Reeves v. Cent. Hous. Nissan*, 617 S.W.3d 676, 678 n.7 (Tex. App.—Houston [14th Dist.] 2021, no pet.).

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.